6010048.001
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
--------------------------------------------------------X

**02 - 22628**

KING OCEAN CENTRAL AMERICA, S.A.,

          Plaintiff,

      -against-

TRANSTAINER CORP.,

        Defendant.

--------------------------------------------------------X

**CIV - UNGARO - BENAGES**

CASE NO.

**MAGISTRATE JUDGE BROWN**

## CIVIL COMPLAINT IN ADMIRALTY

Plaintiff, KING OCEAN CENTRAL AMERICA, S.A., by its attorneys, HALLEY &

HALLEY, P.A., as and for its Complaint against defendant TRANSTAINER CORP., in

personam, in a cause of action civil and maritime, alleges upon information and belief:

### THE PARTIES

1. At all times hereinafter mentioned, plaintiff, a common carrier by water, was and still

is a corporation qualified to do business in the state of Florida, with offices and a place of

business at Miami, Florida.

2. Upon information and belief and at all times hereinafter mentioned, defendant

TRANSTAINER CORP. was and still is a corporation organized under the laws of Florida with

offices and a principal place of business at 10255 N.W. 116th Way, Suite 10, Medley, FL.

### JURISDICTION

3. This Court has jurisdiction pursuant to 28 U.S.C. Section 1333. This is an admiralty

and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

Plaintiff is seeking to enforce rights under maritime contracts.

**VENUE**

4.  Venue in this case is proper.  Defendant has its offices and principal place of business within the territorial limits of the United States District Court for the Southern District of Florida. A substantial part of the events giving rise to the claim asserted by plaintiff occurred within the territorial limits of the United States District Court for the Southern District of Florida.

**FACTUAL ALLEGATIONS**

5.  On or about the dates and at the points or ports of shipment stated on the invoices set forth on Exhibit A, the shipper delivered certain goods for carriage by plaintiff to the points or ports of destination and at the agreed charges to be paid by defendant to plaintiff.

6.  Thereafter, the said goods were transported by plaintiff to the points or ports of destination and delivered to defendant and/or its agents or consignees.

7.  Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

8.  Defendant has failed and refused and continues to fail and to refuse to remit payment of $12,170.00 although duly demanded, and defendant is the responsible party to pay such charges.  All credits due defendant have been applied by plaintiff.

9.  By reason of the foregoing, plaintiff has sustained damages in the amount of $12,170.00 which, although duly demanded, have not been paid.

10.  Defendant is liable to plaintiff for payment of all freight, demurrage, General

Average and other charges, including but not limited to court costs, expenses and reasonable attorney's fees incurred in collecting sums due plaintiff.

11.  Plaintiff has retained the undersigned law firm for purposes of collecting the outstanding charges due plaintiff and plaintiff is obligated to the undersigned law firm for attorneys fees and costs.

WHEREFORE, plaintiff prays:

1.  For judgment in the amount of $12,170.00, together with interest thereon from the respective dates due, costs, disbursements and reasonable attorneys fees, all as provided in plaintiff's tariffs and contracts of affreightment.

2.  That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing defendant to appear and answer all the singular matters aforesaid.

3.  That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated:  Key Biscayne, Florida
        September 4, 2002

HALLEY & HALLEY, P.A.

By: _____
        Thomas V. Halley
        Florida Bar No. 0694363
        Attorneys for Plaintiff
        240 Crandon Blvd., Suite 283
        Key Biscayne, FL 33149
        Tel. 305 423-4271
        Fax. 305 423-9370

Feb-08-02 01:41P                                                                     P.03

KICA                        S T A T E M E N T                      PAGE    1
                            AS OF  2/08/02

KING OCEAN CENTRAL AMERICA S.A              PHONE:  305 591 2595
7570 N.W. 14 STREET                         FAX  :  305 591 9769
MIAMI, FL

TRANSTAINER CORPORATION              M00054 32
8100 NW 29 STREET

MIAMI, FLORIDA

| DATE | B/L # | JRL | REF # | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 10/13/01 | PEG64 079TUI | AR1 | | 1,750.00 | | |
| | | | | | | 1,750.00 |
| 10/20/01 | PEG64 080NI | AR1 | | 1,810.00 | | |
| 11/05/01 | PEG64 080NI | ARC | 10829 | | 10.00 | |
| | | | | | | 1,800.00 |
| 10/20/01 | PEG64 080GT | AR1 | | 1,560.00 | | |
| 11/05/01 | PEG64 080GT | ARC | 10828 | | 10.00 | |
| | | | | | | 1,550.00 |
| 11/03/01 | PEG64 082SU | AR1 | | 2,000.00 | | |
| | | | | | | 2,000.00 |
| 11/03/01 | PEG64 082SU | AR1 | | 2,000.00 | | |
| | | | | | | 2,000.00 |
| 11/24/01 | PEG64 085SP | AR1 | | 1,270.00 | | |
| | | | | | | 1,270.00 |
| 12/04/01 | PEG64 086NI | AR1 | | 1,800.00 | | |
| | | | | | | 1,800.00 |

     TOTALS      CURRENT      OVER 30 DAYS      OVER 60 DAYS      OVER 90 DAYS
   12,170.00                                     3,070.00          9,100.00

EX A

Feb-08-02 01:42P                                                                 P.04

# KING OCEAN CENTRAL AMERICA, S.A.     LONG FORM - INTERNATIONAL BILL OF LADING

| (1) SHIPPER/EXPORTER (Embarcador/Remitente) | (5) BOOKING NO (Reservacion No.) | (5A) B/L No (No. Conocimiento) |
|---|---|---|

(1) SHIPPER/EXPORTER (Embarcador/Remitente)

M0005432

TRANSTAINER CORP
3101 N.W. 74TH AVENUE
MIAMI, FLA 33122
PH:305-634-0550 FX:637-0555

(6) EXPORT REFERENCES (Referencia de Exportacion)     TGU003

REF# 77343

(3) CONSIGNEE (Consignatario)

CPTZ1193
NAVIEROS INTERNACIONALES, S.A.
BO. LOS ANDES 15 AVENIDA 4 Y 5
CLL NO LOCAL PLAZA DEL ANGEL
AGAN CIUDAD TEGUCIGALPA, HN.

(7) FREIGHT FORWARDER/CHB (Agente Aduanal)

FMC/CHB No

(8) POINT AND COUNTRY OF ORIGIN (Punto y Pais de Origen)

(4) NOTIFY PARTY (Office Notificado)

KATEHERINE/LUIS MEZA
TEL:504-552-4966 OR 504-557-9055
FAX:505-249-6186 OR 504-557-8876

(9) ALSO NOTIFY - ROUTING AND INSTRUCTIONS (Tambien Notificar a/Ruta Domestica)

| (12) INITIAL CARRIAGE BY (MODE) | (13) PLACE OF INITIAL RECEIPT (Punto de Recibo Inicial) | (9A) FINAL DESTINATION OF THE GOODS (Destino Final de la Carga) |
|---|---|---|

(9A) FINAL DESTINATION OF THE GOODS

TEGUCIGALPA

| (14) VESSEL (Nave)   VOY    FLAG | (15) PORT OF LOADING (Puerto de Carga) | (10) LOADING PIER/TERMINAL (Muelle) | (10A) ORIGINAL(S) TO BE RELEASED AT |
|---|---|---|---|

DELPHINUS      79     PORT EVERGLADES

| (16) PORT OF DISCHARGE (Puerto de Descarga) | (17) PLACE OF DELIVERY (Punto de Entrega) | (11) TYPE OF MOVE (IF MIXED USE BLOCK 20 AS APPROPRIATE) (Tipo de Movimiento) |
|---|---|---|

PTO. CORTEZ

PARTICULARS FURNISHED BY SHIPPER                    (SPACES IMMEDIATELY ABOVE FOR SHIPPER'S MEMORANDUM)

| MARKS & NOS./CONT. NOS (Marcas y Numeros/Numeros de Contenedores) (18) | NO. OF PKGS. (No. de Bultos) (19) | HM (19A) | DESCRIPTION OF PACKAGES AND GOODS (Contenido) (20) | GROSS WEIGHT (Lbs & Kilos) (21) | MEASUREMENT (Medidas) (22) |
|---|---|---|---|---|---|
| AS ADDRESSED ARCU520545-3 | 1 | | 40' NOR CONTAINER S.T.C.: 131 PCS F.A.K. *** FREIGHT PREPAID *** AES XTN:650424906-ym6293 EXPRESS RELEASE AT DESTINATION WITH COPY TO TRANSTAINER FOR APPROVAL FX:305-637-0555 SHIPPER LOAD WEIGHT AND COUNT | 25865L 11730K | 191,100CF 54.60CM |

| (23) DECLARED VALUE $ | | (24) FREIGHT PAYABLE AT/BY | **NON-NEGOTIABLE** |
|---|---|---|---|
| IF SHIPPER ENTERS A VALUE, CARRIERS "PACKAGE" LIABILITY DOES NOT APPLY AND THE AD VALOREM RATE WILL BE CHARGED | | | |

| FREIGHT CHARGES | RATED AS | PER | RATE | PREPAID | COLLECT | CURRENCY/RATE OF EXCHANGE |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | | | | 945.00 | | |
| BUNKER SURCHARGE | | | | 180.00 | | |
| FOREIGN INLAND | | | | 450.00 | | |
| DRAYAGE | | | | 175.00 | | |
| TOTAL FREIGHT | | | | 1,750.00 | | |

THE RECEIPT, CUSTODY, CARRIAGE AND DELIVERY OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF AND TO CARRIER'S APPLICABLE TARIFF.

*Applicable only when used for multimodal or through transportation
**Indicate whether any of the cargo is hazardous material under DOT, IMCO or other regulation and indicate correct commodity number in Box 20.

in witness whereof          original bills of lading all the same tenor and
date one of which being accomplished, the others to stand void, have been
issued by Carrier or its designated agent on behalf of itself, other participating
carriers, the vessel, her master and owners or charterers.

KOS-0001 (7/95)

KING OCEAN CENTRAL AMERICA, S.A.

By

BILL OF LADING NO.                    DATE

PEG64 079TGU 003    10/13/01

Feb-08-02 01:42P                                                                  P.05

# KING OCEAN CENTRAL AMERICA, S.A.   LONG FORM - INTERNATIONAL BILL OF LADING

| (2) SHIPPER/EXPORTER (Embarcador/Remitente) | (5) BOOKING NO. (Reservacion No.) | (5A) B/L No. (No. Conocimiento) |
|---|---|---|
| M0005432<br>TRANSTAINER CORPORATION<br>3101 N.W. 74 AVE.<br>MIAMI FLORIDA 33122<br>PH:305-6340550 | (6) EXPORT REFERENCES (Referencia de Exportacion)<br>49014 | NIC003 |
| (3) CONSIGNEE (Consignatario)<br>CNIC0186<br>SEMANIC, S.A. - SEMAFORO DE<br>PORTEZUELO, 110 VARAS AL LAGO<br>EDIF. ALMEXSA MANAGUA NICARAGUA<br>505-249-6160 | (7) FREIGHT FORWARDER/CHB (Agente Aduanal) | FMC/CHB No. |
| | (8) POINT AND COUNTRY OF ORIGIN (Punto y Pais de Origen) | |
| (4) NOTIFY PARTY (Dirigir Notificacion de Llegada a)<br>SAME AS ABOVE | (9) ALSO NOTIFY - ROUTING AND INSTRUCTIONS (Tambien Notificar a/Ruta Domestica)<br>EXPRESS RELEASE B/L<br>AT DESTINATION WITH<br>COPY TO TRASTAINER | |
| (12) INITIAL CARRIAGE BY (MODE) | (13) PLACE OF INITIAL RECEIPT (Punto de Recibo Inicial) | (8A) FINAL DESTINATION OF THE GOODS (Destino Final de la Carga)<br>NICARAGUA |
| (14) VESSEL (Nave)  VOY    FLAG<br>DELPHINUS   80 | (15) PORT OF LOADING (Puerto de Carga)<br>PORT EVERGLADES | (10) LOADING PIER/TERMINAL (Muelle) | (10A) ORIGINAL(S) TO BE RELEASED AT |
| (16) PORT OF DISCHARGE (Puerto de Descarga)<br>PTO. CORTEZ | (17) PLACE OF DELIVERY (Punto de Entrega)<br>NICARAGUA | (11) TYPE OF MOVE IF MIXED USE BLOCK 20 AS APPROPRIATE (Tipo de Movimiento) |

PARTICULARS FURNISHED BY SHIPPER          (SPACES IMMEDIATELY ABOVE FOR SHIPPER'S MEMORANDUM)

| MARKS & NOS./CONT NOS.<br>(Marcas y Numeros/Numeros de Contenedores)<br>(18) | NO. OF PKGS.<br>(No. de Bultos)<br>(19) | HM | DESCRIPTION OF PACKAGES AND GOODS<br>(Contenido)<br>(20) | GROSS WEIGHT<br>(Lbs./Kilos)<br>(21) | MEASUREMENT<br>(Medidas)<br>(22) |
|---|---|---|---|---|---|
| AS ADDRESSED<br>DCDU450527-0<br>713901 | 1 | | 40' CONT. #DCDU450527-0<br>SEAL:SOF713901 S.T.C. :398PCS<br>"VERTICAL BLIND AND ACCESORIES"<br>AES XTN:650352748-01-392A<br>AES XTN:650352748-01-392B<br>AES XTN:650352748-01-392C<br>CONTRACT #01-82<br><br>**** FREIGHT PREPAID ****<br><br><br>SHIPPER LOAD WEIGHT AND COUNT | 33908L<br>15380K | 2,245CF<br>64CM |

| (23) DECLARED VALUE $          IF SHIPPER ENTERS A VALUE, CARRIERS<br>"PACKAGE" LIABILITY DOES NOT APPLY AND THE AD VALOREM RATE WILL BE CHARGED | (24) FREIGHT PAYABLE AT/BY | **NON-NEGOTIABLE** |
|---|---|---|

| FREIGHT CHARGES | RATED AS | PER | RATE | PREPAID | COLLECT | CURRENCY/RATE OF EXCHANGE |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | | 1 | | 1,385.00 | | |
| BUNKER SURCHARGE | | 1 | | 240.00 | | |
| DRAYAGE | | 1 | | 175.00 | | |
| CHASSIS USAGE CH | | 1 | | 10.00 | | |
| TOTAL FREIGHT | | | | 1,810.00 | | |

THE RECEIPT, CUSTODY, CARRIAGE AND DELIVERY OF THE GOODS ARE SUBJECT TO THE
TERMS APPEARING ON THE FACE AND BACK HEREOF AND TO CARRIER'S APPLICABLE TARIFF.

*Applicable only when used for multimodal or through transportation
**Indicate whether any of the cargo is hazardous material under DOT,
IMCO or other regulation and indicate correct commodity number in Box 20

In witness whereof      original bills of lading all the same tenor and
date one of which being accomplished, the others to stand void, have been
issued by Carrier or its designated agent on behalf of itself, other participating
carriers, the vessel, her master and owners or charterers.

KING OCEAN CENTRAL AMERICA, S.A.
AGENCY SERVICES S.A.
AS AGENT

KOS-0001 (7/95)

By:

BILL OF LADING NO.          PEG64 080NIC 003          DATE 10/20/01

Feb-08-02 01:43P                                                                    P.06

# KING OCEAN CENTRAL AMERICA, S.A.

PAGE: 1
LONG FORM - INTERNATIONAL BILL OF LADING

| (2) SHIPPER/EXPORTER (Embarcador/Remitente) | (5) BOOKING NO (Reservacion No.) | (5A) B/L No (No Conocimiento) |
|---|---|---|
| M0005432 | 2286253 | GTY014 |
| TRANSTAINER CORPORATION 3101 N.W. 74 AVE MAIMI, FLORIDA 33122 PH:305634-0550 | (6) EXPORT REFERENCES (Referencia de Exportacion) 43010 | |

| (3) CONSIGNEE (Consignatario) CGTY0053 | (7) FREIGHT FORWARDER/CHB (Agente Aduanal) |
|---|---|
| ATLAPAC 6 AVE 14-60 CIUDAD SAN CRISTOBAL ZONA 8 DE MIXCO GUATEMALA CITY. | FMC/CHB No. (8) POINT AND COUNTRY OF ORIGIN (Punto y Pais de Origen) US |
| (4) NOTIFY PARTY (Dirigir Notificacion de Llegada a) SAME AS ABOVE | (9) ALSO NOTIFY - ROUTING & INSTRUCTIONS (Tambien Notificar a/Ruta Domestica) EXPRESS RELEASE B/L AT DESTINATION WITH COPY TO TRANSTAINER S/C#01-82 |

| (12) INITIAL CARRIAGE BY (MODE) | (13) PLACE OF INITIAL RECEIPT (Punto de Recibo Inicial) * | (8A) FINAL DESTINATION OF THE GOODS (Destino Final de la Carga) GUATEMALA CITY |
|---|---|---|
| (14) VESSEL (Nave) VOY FLAG DELPHINUS 80 | (15) PORT OF LOADING (Puerto de Carga) PORT EVERGLADES | (10) LOADING PIER/TERMINAL (Muelle) (10A) ORIGINAL(S) TO BE RELEASED AT |
| (16) PORT OF DISCHARGE (Puerto de Descarga) PUERTO BARRIOS | (17) PLACE OF DELIVERY (Punto de Entrega) GUATEMALA CITY | (11) TYPE OF MOVE (IF MIXED USE BLOCK 20 AS APPROPRIATE) (Tipo de Movimiento) |

PARTICULARS FURNISHED BY SHIPPER                    (SPACES IMMEDIATELY ABOVE FOR SHIPPER'S MEMORANDUM)

| MARKS & NOS./CONT.NOS. (Marcas y Numeros/Numeros de Contenedores) (18) | NO. OF PKGS. (No. de Bultos) (19) | HM* | DESCRIPTION OF PACKAGES AND GOODS (Contenido) (20) | GROSS WEIGHT (Lbs/Kilos) (21) | MEASUREMENT (Medidas) (22) |
|---|---|---|---|---|---|
| AS ADDRESSED DCDU498029-1 5523-5548 | 1 | | 40' CONT.#DCDU-498029-1 SEAL: CEA5548 SECOND SEAL#CEA5523 AND SEAL#CEA1591 S.T.C.:1328 PCS "ELECTRONIC EQUIPMENT AND SUPPLIES" NO SED REQ UNDER SEC.3055(H) FREIGHT PREPAID SHIPPER LOAD WEIGHT AND COUNT | 45000L 20412K | 2300 C/F 6513 CMTR |

| (23) DECLARED VALUE $ "PACKAGE" LIABILITY DOES NOT APPLY AND THE AD VALOREM RATE WILL BE CHARGED | IF SHIPPER ENTERS A VALUE, CARRIERS | (24) FREIGHT PAYABLE AT/BY | NON-NEGOTIABLE |
|---|---|---|---|

| FREIGHT CHARGES | RATED AS | PER | RATE | PREPAID | COLLECT | CURRENCY/RATE OF EXCHANGE) |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | | 1 | | 734.00 | | |
| BUNKER SURCHARGE | | 1 | | 180.00 | | |
| FOREIGN INLAND | | 1 | | 461.00 | | |
| DRAYAGE | | 1 | | 175.00 | | |
| CHASSIS USAGE CH | | 1 | | 10.00 | | |
| TOTAL FREIGHT | | | | 1,560.00 | | |

THE RECEIPT, CUSTODY, CARRIAGE AND DELIVERY OF THE GOODS ARE SUBJECT TO THE
TERMS APPEARING ON THE FACE AND BACK HEREOF AND TO CARRIER'S APPLICABLE TARIFF.

*Applicable only when used for multi-model or through transportation
*Indicate whether any of the cargo is hazardous material under DOT,
IMCO or other regulation and indicate correct commodity number in Box 20

| In witness whereof           original bills of lading all the same tenor and date one of which being accomplished, the others to stand void, have been issued by Carrier or its designated agent on behalf of itself, either participating carriers, the vessel, her master and owners or charterers. KOS-0001 (7/95) | KING OCEAN CENTRAL AMERICA, S.A. KING OCEAN SERVICES S.A. AS AGENT By: BILL OF LADING NO. PEG64  080GTY 014   DATE 10/20/01 |
|---|---|

Feb-08-02 01:43P                                                                  P.07

# KING OCEAN CENTRAL AMERICA, S.A.   LONG FORM - INTERNATIONAL BILL OF LADING

| (2)SHIPPER/EXPORTER (Embarcador/Remitente) | (5)BOOKING NO (Reservacion No.) | (5A)B/L No. (No. Conocimiento) |
|---|---|---|
| M0005432 | 5206340 | SAL010 |
| TRANSTAINER CORAPORATION<br>3101 N.W. 74 AVE<br>MIAMI FLORIDA 33122<br>PH:305-634-05 | (6) EXPORT REFERENCES (Referencia de Exportacion)<br>REF#74572 | |

| (3) CONSIGNEE (Consignatario) | (7) FREIGHT FORWARDER/CHB (Agente Aduanal) |
|---|---|
| CSAL0456<br>TRANSEBASTIAN-URB. INDUST. PLAN<br>DE LA LAGUNA, CALLE A ANT. CUS-<br>CATLAN, LOTE 21, SAN SALVADOR<br>503/243-2022 | FMC/CHB No. |
|  | (8) POINT AND COUNTRY OF ORIGIN (Punto y Pais de Origen) |

| (4) NOTIFY PARTY (Dirigir Notificacion de Llegada a) | (9) ALSO NOTIFY - ROUTING AND INSTRUCTIONS (Tambien Notificar a/Ruta Domestica) |
|---|---|
| SAME | EXPRESS RELEASE B/L<br>AT DESTINATION WITH<br>COPY TO TRANSTAINER |

| (12) INITIAL CARRIAGE BY (MODE) | (13) PLACE OF INITIAL RECEIPT (Punto de Recibo Inicial) | (9A)FINAL DESTINATION OF THE GOODS (Destino Final de la Carga) |
|---|---|---|
|  |  | EL SALVADOR |

| (14) VESSEL (Nave)   VOY   FLAG | (15) PORT OF LOADING (Puerto de Carga) | (10)LOADING PIER/TERMINAL(Muelle) | (10A) ORIGINAL(S) TO BE RELEASED AT |
|---|---|---|---|
| DELPHINUS      82 | PORT EVERGLADES |  |  |

| (16) PORT OF DISCHARGE (Puerto de Descarga) | (17) PLACE OF DELIVERY (Punto de Entrega) | (11) TYPE OF MOVE (IF MIXED USE BLOCK 20 AS APPROPRIATE) (Tipo de Movimiento) |
|---|---|---|
| PTO. CORTEZ | EL SALVADOR |  |

**PARTICULARS FURNISHED BY SHIPPER**   (SPACES IMMEDIATELY ABOVE FOR SHIPPER'S MEMORANDUM)

| MARKS & NOS./CONT.NOS.<br>(Marcas y Numeros/Numeros de Contenedores)<br>(18) | NO. OF PKGS<br>(No. de Bultos)<br>(19) | HM | DESCRIPTION OF PACKAGES AND GOODS<br>(Contenido)<br>(20) | GROSS WEIGHT<br>(Lbs./Kilos)<br>(21) | MEASUREMENT<br>(Medidas)<br>(22) |
|---|---|---|---|---|---|
| AS ADDRESSED<br>DCDU450416-6<br>605854 | 1 |  | 45' CONTAINER<br>CONT#DCDU-450416-6<br>SEAL#605854 S.T.C. 668 PCS<br>FAK, SHOES, AUTO PARTS,<br>ELECTRICALS, AND COMPUTERS<br>PARTS & ACCESORIES.<br>AES XTN:592310733-SAL-<br>10129-01<br>*** FREIGHT PREPAID ***<br><br>SHIPPER LOAD WEIGHT AND COUNT | 38814L<br>17606K | 2,750CF<br>79CM |

| (23) DECLARED VALUE $ ____ IF SHIPPER ENTERS A VALUE, CARRIERS "PACKAGE" LIABILITY DOES NOT APPLY AND THE AD VALOREM RATE WILL BE CHARGED | (24) FREIGHT PAYABLE AT/BY | **NON-NEGOTIABLE** |
|---|---|---|

| FREIGHT CHARGES | RATED AS | PER | RATE | PREPAID | COLLECT | CURRENCY/RATE OF EXCHANGE |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT |  | 1 |  | 1,555.00 |  |  |
| BUNKER SURCHARGE |  | 1 |  | 270.00 |  |  |
| DRAYAGE |  | 1 |  | 175.00 |  |  |
| TOTAL FREIGHT |  |  |  | 2,000.00 |  |  |

THE RECEIPT, CUSTODY, CARRIAGE AND DELIVERY OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF AND TO CARRIERS APPLICABLE TARIFF.

*Applicable only when used for multimodal or through transportation
**Indicate whether any of the cargo is hazardous material under DOT, IMCO or other regulation and indicate correct commodity number in Box 20

In witness whereof          Original bills of lading all the same tenor and date one of which being accomplished, the others to stand void, have been issued by Carrier or its designated agent on behalf of itself, other participating carriers, the vessel, her master and owners or charterers.
KOS-0001 (7/95)

KING OCEAN CENTRAL AMERICAN SERVICES S.A.
AS AGENT

By: _____
BILL OF LADING NO.                              DATE
                  PEG64 082SAL 018          11/03/01

Feb-08-02 01:44P
P.08

# KING OCEAN CENTRAL AMERICA, S.A.

LONG FORM - INTERNATIONAL BILL OF LADING

| (2) SHIPPER/EXPORTER (Embarcador/Remitente) | (5) BOOKING NO (Reservacion No) | (5A) B/L No (No. Conocimiento) |
|---|---|---|
| M0005432<br>TRANSTAINER CORPORATION<br>3101 N.W. 74 AVE<br>MIAMI FLORIDA 33122<br>PH:305-634-05 | 22067/40 | SAL019 |
| | (6) EXPORT REFERENCES (Referencia de Exportacion) | |
| | 41235 (1)<br>REF#74571 | |
| (3) CONSIGNEE (Consignatario)<br><br>CSAL0456<br>TRANSEBASTIAN-URB. INDUST. PLAN<br>DE LA LAGUNA. CALLE A ANT. CUS-<br>CATLAN, LOTE 21, SAN SALVADOR<br>503/243-9322 | (7) FREIGHT FORWARDER/CHB (Agente Aduanal)<br><br>FMC/CHB No | |
| | (8) POINT AND COUNTRY OF ORIGIN (Punto y Pais de Origen) | |
| (4) NOTIFY PARTY (Dirijir Notificacion de Llegada a)<br><br>SAME | (9) ALSO NOTIFY - ROUTING AND INSTRUCTIONS (Tambien Notificar a/Rivta Domestica)<br>NO SED REQ. UNDER SECT. 30.55<br>EXPRESS RELEASE B/L<br>AT DESTINATION WITH<br>COPY TO TRANSTAINER 0300691 | |
| (12) INITIAL CARRIAGE BY (MODE) | (13) PLACE OF INITIAL RECEIPT (Punto de Recibo Inicial) | (8A) FINAL DESTINATION OF THE GOODS (Destino Final de la Carga)<br>EL SALVADOR |
| (14) VESSEL (Nave)   VOY    FLAG<br>DELPHINUS    82 | (15) PORT OF LOADING (Puerto de Carga)<br>PORT EVERGLADES | (10) LOADING PIER/TERMINAL (Muelle)    (10A) ORIGINAL(S) TO BE RELEASED AT |
| (16) PORT OF DISCHARGE (Puerto de Descarga)<br>PTO. CORTEZ | (17) PLACE OF DELIVERY (Punto de Entrega)<br>EL SALVADOR | (11) TYPE OF MOVE (if MIXED USE BLOCK 20 AS APPROPRIATE) (Tipo de Movimiento) |

PARTICULARS FURNISHED BY SHIPPER    (SPACES IMMEDIATELY ABOVE FOR SHIPPER'S MEMORANDUM)

| MARKS & NOS/CONT.NOS.<br>(Marcas y Numeros/Numeros de Contenedores)<br>(18) | NO. OF PKGS<br>(No. de Bultos)<br>(19) | HM | DESCRIPTION OF PACKAGES AND GOODS<br>(Contenido)<br>(20) | GROSS WEIGHT<br>(Lbs./Kilos)<br>(21) | MEASUREMENT<br>(Medidas)<br>(22) |
|---|---|---|---|---|---|
| AS ADDRESSED<br>DCDU450475-7<br>605881 | 1 | | 45' CONT<br>CONT#DCDU-450475-7<br>SEAL#605881 S.T.C. 1744 PCS<br>FAK MEDICAL SUPPLIES,<br>COMPUTERS PARTS<br>AND ACESORIES, AND HARDWARE<br>BONDE CARGO T&E#564908481/<br>503910960-503910945-<br>503910934.503910956-<br>640638121-640638073<br>564908492-548986981-<br>548987003-548986970<br>548986992<br>*** FREIGHT PREPAID ***<br><br>SHIPPER LOAD WEIGHT AND COUNT | 41021L<br>18607K | 2,852CF<br>81CM |

| (23) DECLARED VALUE $           IF SHIPPER DECLARES A VALUE, CARRIERS<br>"PACKAGE" LIABILITY DOES NOT APPLY AND THE AD VALOREM RATE WILL BE CHARGED | (24) FREIGHT PAYABLE AT/BY | **NON-NEGOTIABLE** |
|---|---|---|

| FREIGHT CHARGES | RATED AS | PER | RATE | PREPAID | COLLECT | CURRENCY/RATE OF EXCHANGE) |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | | 1 | | 1,555.00 | | |
| BUNKER SURCHARGE | | 1 | | 270.00 | | |
| DRAYAGE | | 1 | | 175.00 | | |
| TOTAL FREIGHT | | | | 2,000.00 | | |

THE RECEIPT, CUSTODY, CARRIAGE AND DELIVERY OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF AND TO CARRIER'S APPLICABLE TARIFF.

*Applicable only when used for multimodal or through transportation
**Indicate whether any of the cargo is hazardous material under DOT, IMCO or other regulation and indicate correct commodity number in Box 20.

In witness whereof _____ original bills of lading all the same tenor and date one of which being accomplished, the others to stand void, have been issued by Carrier or its designated agent on behalf of itself, other participating carriers, the vessel, her master and owners or charterers.

KOS-0001 (7/96)

KING OCEAN CENTRAL AMERICA SERVICES S.A.
BY KING OCEAN SERVICES S.A.
AS AGENT

By:

| BILL OF LADING NO. | DATE |
|---|---|
| PEG64 082SAL 019 | 11/03/01 |

Feb-08-02 01:44P

P.09

PAGE: 1

# KING OCEAN CENTRAL AMERICA, S.A.

LONG FORM - INTERNATIONAL BILL OF LADING

| (1) SHIPPER/EXPORTER (Embarcador/Remitente) M00005432 | (5) BOOKING NO (Reservac on No ) 2286447 | (5A) B/L No. de Conocimiento SPS011 |
|---|---|---|

(1) SHIPPER/EXPORTER (Embarcador/Remitente)    M00005432

TRANSTAINER CORP.
3101 N.W. 74TH AVENUE
MIAMI, FL 33122 PH:305634-0550
FAX: 305-637-0555

(6) EXPORT REFERENCES (Referencia de Exportacion)

REF#:85007

(3) CONSIGNEE (Consignatario)    CPTZ1193

NAVIEROS INTERNACIONALES, S.A.
BO. LOS ANDES 15 AVENIDA 4 Y 5
CLL NO LOCAL PLAZA DEL ANGEL
LOCAL#06 SAN PEDRO SULA HN.

(7) FREIGHT FORWARDER/CHB (Agente Aduanal)

FMC/CHB No.

(8) POINT AND COUNTRY OF ORIGIN (Punto y Pais de Origen)

(4) NOTIFY PARTY (Dirigir Notificacion de Llegada a)

KATHERINE/LUIS MEZA
TEL:504-5524966 OR 504-5579055
FAX:505-2496106 OR 504-5578876

(9) ALSO NOTIFY - ROUTING AND INSTRUCTIONS (Tambien Notificar al Ruta Domestica)

| (12) INITIAL CARRIAGE BY (MODE) | (13) PLACE OF INITIAL RECEIPT (Punto de Recibo Inicial) | (9A) FINAL DESTINATION (Destino Final de la Carga) |
|---|---|---|
| (14) VESSEL/VOY    FLAG 85 | (15) PORT OF LOADING (Puerto de Carga) EVERGLADES | (10) LOADING PIER/TERMINAL (Muelle) | (10A) ORIGINAL(S) TO BE RELEASED AT |
| (16) PORT OF DISCHARGE (Puerto de Descarga) PTO CORTEZ | (17) PLACE OF DELIVERY (Punto de Entrega) SAN PEDRO SULA | (11) TYPE OF MOVE (IF MIXED USE BLOCK 20 AS APPROPRIATE) (Tipo de Movimiento) |

PARTICULARS FURNISHED BY SHIPPER    (SPACES IMMEDIATELY ABOVE FOR SHIPPER'S MEMORANDUM)

| MARKS & NOS /CONT.NOS (Marcas y Numeros/Numeros de Contenedores) (18) | NO. OF PKGS. (No de Bultos) (19) | HM | DESCRIPTION OF PACKAGES AND GOODS (Contenido) (20) | GROSS WEIGHT (Lbs /Kilos) (21) | MEASUREMENT (Medidas) (22) |
|---|---|---|---|---|---|
| AS ADDRESSED ARCU520250-0 154 | 1 | | 40' CONTAINER S.T.C.: 163 PCS OF F.A.K. *** FREIGHT PREPAID *** AES XTN:650424906-TO 3352 EXPRESS RELEASE AT DESTINATION WITH COPY TO TRANSTAINER FOR APPROVAL FX:305-637-0555 SHIPPER LOAD WEIGHT AND COUNT | 22800L 10340K | |

| (23) DECLARED VALUE $ "PACKAGE" LIABILITY DOES NOT APPLY AND THE AD VALOREM RATE WILL BE CHARGED IF SHIPPER ENTERS A VALUE, CARRIERS | (24) FREIGHT PAYABLE AT/BY |
|---|---|

## NON-NEGOTIABLE

| FREIGHT CHARGES | RATED AS | PER | RATE | PREPAID | COLLECT | CURRENCY/RATE OF EXCHANGE |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | | 1 | | 805.00 | | |
| BUNKER SURCHARGE | | 1 | | 180.00 | | |
| FOREIGN INLAND | | 1 | | 100.00 | | |
| DRAYAGE | | 1 | | 175.00 | | |
| CHASSIS USAGE CH | | 1 | | 10.00 | | |
| TOTAL FREIGHT | | | | 1,270.00 | | |

THE RECEIPT, CUSTODY, CARRIAGE AND DELIVERY OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF AND TO CARRIER'S APPLICABLE TARIFF.

*Applicable only when used for multimodal or through transportation
**Indicate whether any of the cargo is hazardous material under DOT, IMCO or other regulation and indicate correct commodity number in Box 20

In witness whereof    3    original bills of lading all the same tenor and date one of which being accomplished, the others to stand void, have been issued by Carrier or his designated agent  on behalf of itself, other participating carriers, the vessel, her master and owners or charterers.

KOS-0001 (7/96)

KING OCEAN CENTRAL AMERICAN SERVICES S.A.
BY KING OCEAN SERVICES S.A.
AS AGENT

By:...............................................

BILL OF LADING NO. PEG64 085SPS 011    DATE 1/24/01

Feb-08-02 01:45P

P.10

# KING OCEAN CENTRAL AMERICA, S.A.

PAGE: 1

**LONG FORM - INTERNATIONAL BILL OF LADING**

| (2) SHIPPER/EXPORTER (Embarcador/Remitente) | (5) BOOKING NO (Reservacion No.) | (5A) B/L No (No Conocimiento) |
|---|---|---|
| M0005432 | 2760241 | NIC003 |

TRANSTAINER CORPORATION
3101 N.W. 74 AVE
MIAMI, FLORIDA 33122
PH: 305-634-05

(6) EXPORT REFERENCES (Referencia de Exportacion)

1235
REF#49018

**(3) CONSIGNEE (Consignatario)**

CNIC0186
SEMINC, S.A. SEMAFORO DE
PORTEZUELO, 110 VARAS AL LAGO
EDIF. ALMEXSA MANAGUA NICARAGUA
505/249-6160

(7) FREIGHT FORWARDER/CHB (Agente Aduanal)

FMC/CHB No.

(8) POINT AND COUNTRY OF ORIGIN (Puerto y Pais de Origen)
US

**(4) NOTIFY PARTY (Dirigir Notificacion de Llegada a:)**

SEMANIC, S.A. SEMAFORO DE
PO BOX 0606

(9) ALSO NOTIFY - ROUTING AND INSTRUCTIONS (Tambien Notificar a/Ruta Domestica)

EXPRES RELEASE B/L
AT DESTINATION WITH
COPY TO TRANSTAINER

| (12) INITIAL CARRIAGE BY (MODE) | (13) PLACE OF INITIAL RECEIPT (Punto de Recibo Inicial) |
|---|---|

(8A) FINAL DESTINATION OF THE GOODS (Destino Final de la Carga)
NICARAGUA

| (14) VESSEL (Nave) | VOY | FLAG | (15) PORT OF LOADING (Puerto de Carga) |
|---|---|---|---|
| DELPHINUS | | 86 | PORT EVERGLADES |

| (10) LOADING PIER/TERMINAL (Muelle) | (10A) ORIGINAL(S) TO BE RELEASED AT |
|---|---|

| (16) PORT OF DISCHARGE (Puerto de Descarga) | (17) PLACE OF DELIVERY (Punto de Entrega) |
|---|---|
| PTO. CORTEZ | NICARAGUA |

(11) TYPE OF MOVE (IF MIXED USE BLOCK 20 AS APPROPRIATE) (Tipo de Movimiento)

PARTICULARS FURNISHED BY SHIPPER

(SPACES IMMEDIATELY ABOVE FOR SHIPPER'S MEMORANDUM)

| MARKS & NOS./CONT NOS (Marcas y Numeros/Numeros de Contenedores) (18) | NO OF PKGS. HM (No. de Bultos) (19) | DESCRIPTION OF PACKAGES AND GOODS (Contenido) (20) | GROSS WEIGHT (Lbs /Kilos) (21) | MEASUREMENT (Medidas) (22) |
|---|---|---|---|---|
| AS ADDRESSED GSTU985725-8 869468 | 1 | 40' CONTAINER CONT#GSTU-965725-8 SEAL#869468 S.T.C.:2248 PCS "STEEL DOR PARTS" NO SED REQ. UNDER SECT. 30.55(H) **** FREIGHT PREPAID **** SHIPPER LOAD WEIGHT AND COUNT | 32500L 14742K | 2,115CF .60CM |

| (23) DECLARED VALUE $ IF SHIPPER ENTERS A VALUE, CARRIERS "PACKAGE" LIABILITY DOES NOT APPLY AND THE AD VALOREM RATE WILL BE CHARGED | 24) FREIGHT PAYABLE AT/BY | **NON-NEGOTIABLE** |
|---|---|---|

| FREIGHT CHARGES | RATED AS | PER | RATE | PREPAID | COLLECT | CURRENCY/RATE OF EXCHANGE |
|---|---|---|---|---|---|---|
| OCEAN FREIGHT | | 1 | | 1,385.00 | | |
| BUNKER SURCHARGE | | 1 | | 240.00 | | **CORRECTED COPY** |
| DRAYAGE | | 1 | | 175.00 | | |
| TOTAL FREIGHT | | | | 1,800.00 | | |

THE RECEIPT, CUSTODY, CARRIAGE AND DELIVERY OF THE GOODS ARE SUBJECT TO THE TERMS APPEARING ON THE FACE AND BACK HEREOF AND TO CARRIER'S APPLICABLE TARIFF.

*Applicable only when used for multimodal or through transportation
**Indicate whether any of the cargo is hazardous material under DOT, IMCO or other regulation and indicate correct commodity number in Box 20

In witness whereof       original bills of lading all the same tenor and
date one of which being accomplished, the others to stand void, have been
issued by Carrier or its designated agent on behalf of itself, other participating
carriers, the vessel, her master and owners or charterers.

KQS-0001 (7/95)

KING OCEAN CENTRAL AMERICA, S.A.

By

BILL OF LADING NO. PEG64 086NIC 003     DATE 12/04/01

601.0048

# CIVIL COVER SHEET

02 - 22628

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

CIV - UNGARO - BENAGES

MAGISTRATE JUDGE
BROWN

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| King Ocean Central America S.A. 7590 N.W. 14th Street Miami, FL 33126 | Transtainer Corp 10255 NW 116 Way, Medley, FL 33178 |

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Miami-Dade
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Miami-Dade
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Dade    02-22628 CIV Ungaro Benin

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Halley & Halley P.A.
240 Crandon Blvd, Suite 283
Key Biscayne, FL 33149 (305) 423-4271

ATTORNEYS (IF KNOWN)

**(d)** CIRCLE COUNTY WHERE ACTION AROSE:
DADE, MONROE, BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

## II. BASIS OF JURISDICTION
(PLACE AN X ONE BOX ONLY)

- ☐ 1. U.S. Government Plaintiff
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Case Only)
(PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

This claim arises under the Shipping Act, 1916, 46 U.S.C. Section 801, et seq., and the Shipping Act, 1984,
46 U.S.C. App. Section 1701, et seq., with respect to transportation services rendered under those Acts.

## IVa.    days estimated (for both sides) to try entire case

## V. NATURE OF SUIT
(PLACE AN X IN ONE BOX ONLY)

| A   CONTRACT | A   TORTS | | B   FORFEITURE PENALTY | A   BANKRUPTCY | A   OTHER STATUS |
|---|---|---|---|---|---|
| ☐ 110 Insurance | | PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Med Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | A   PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. B |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl Veterans) B | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | B   SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits B | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholder's Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | A   LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor Management Relations B | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| A   REAL PROPERTY | A   CIVIL RIGHTS | B   PRISONER PETITIONS | ☐ 730 Labor Management Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | A   FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure B | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General * | ☐ 791 Employee Ret. Inc. Security Act B | ☐ 871 IRS-Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other * | | | ☐ 890 Other Statutory Actions * |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights * A or B | | | * A or B |

## VI. ORIGIN
(PLACE AN X IN ONE BOX ONLY)

- ☒ 1. Original Proceeding
- ☐ 2. Removed From State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from another district (specify)
- ☐ 6. Multidistrict Litigation
- ☐ 7. Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A ☐ CLASS ACTION
☐ UNDER F.R.C.P. 23

DEMAND $ 12,170.00    Check YES only if demanded in complaint:
JURY DEMAND:    ☐ YES    ☒ NO

## VIII. RELATED CASE(S) IF ANY
(See Instructions):    JUDGE _____    DOCKET NUMBER _____

DATE 9/9/02

SIGNATURE OF ATTORNEY OF RECORD
Thomas V. Halley    Florida Bar No. 069436

UNITED STATES DISTRICT COURT
S/F I-2
REV. 9/94

FOR OFFICE USE ONLY: Receipt No. 869044    Amount $150.00
M/fp: _____
Date Paid: 09/09/02